# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

Andrea E. Celli, Esq.  
Trustee  
Bonnie Baker, Esq.  
Assoc. Attorney

Telephone: (518) 449-2043  
Facsimile: (518) 449-2473

For payments Only:  
P.O Box 1918  
Memphis, TN 38101-1918

June 10, 2010

**FILED**
**JUN 1 1 2010**
**OFFICE OF THE BANKRUPTCY CLERK**
**UTICA, NY**

Bankruptcy Court  
Alexander Pirnie Federal Building  
10 Broad Street. Room 230  
Utica, New York 13501

Re:   07-60816        Donald & Nancy Young

To Whom It May Concern:

Rec'd 6/11/10

Enclosed please find check #807986 in the amount of $2,260.85. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

Claim No.      21

Account#      1605

Creditor       Creditmax-Midcoast Credit Corp.  
c/o Creditors Rights  
695 Rancocas Road, Ste 101  
Westampton, NJ 08060

Receipt # 6100338

Very truly yours,

*Cheryl Corning*

Cheryl Corning  
Office of Andrea Celli